# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| IVO HURVITZ, individually, | |
| Plaintiff(s), | |
| v. | 2:22-cv-00738-JAD-VCF |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive, | **ORDER** |
| Defendant(s). | |

Before the Court is the motion to withdraw as attorney of record (ECF NO. 9).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as attorney of record (ECF NO. 9), is scheduled for 1:00 PM, December 1, 2022, in Courtroom 3D, third floor, United States District Court, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South Las Vegas, NV 89101.

IT IS FURTHER ORDERED that plaintiff Ivo Hurvitz must attend the scheduled hearing.

DATED this 16th day of November 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE