1  SUBT
   **LAW OFFICE OF JAMES J. REAM**
2  JAMES J. REAM, ESQ.
   Nevada Bar No.: 3573
3  333 N. Rancho Drive, Suite 530
4  Las Vegas, NV 89106
   E-mail: Jim@reamlaw.net
5  Telephone: (702) 631-0031
   Facsimile: (702) 631-5480
6  *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| IVO HURVITZ, individually, | CASE NO.: 2:22-cv-00738-JAD-VCF |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, DOES I through X inclusive, and ROE CORPORATIONS I thought X, inclusive, | |
| Defendants | |

Plaintiff, IVO HURVITZ, hereby agrees and consents to substitute in as Counsel Pro Se, in the place and stead of JAMES J. REAM, ESQ.

DATED this 21 day of November 2022.

_____
IVO HURVITZ, Plaintiff

JAMES J, REAM, ESQ. hereby agrees and consents to the above substitution.

DATED this 21 day of November 2022.

_____
JAMES J. REAM, ESQ.

1

Mr. Hurvitz can be reached at:

827 Spyglass Lane  
Las Vegas, NV 89107

Phone no.: 702-699-7777  
Email: ivopro69@gmail.com

Dated this 21st day of November 2022.

LAW OFFICES OF JAMES J. REAM

By: /s/ James J. Ream  
JAMES J. REAM, ESQ.  
Nevada Bar No.: 3573  
333 N. Rancho Drive, Suite #530  
Las Vegas, Nevada 89106  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 22nd day of November 2022 a true and correct copy of this **SUBSTITUTION OF ATTORNEY** was transmitted through US Mail and electronically through the Court's e-filing electronic system to the attorney(s) and parties associated with this case as follows:

Darren Brenner, Esq.  
dbrenner@wrightlegal.net

Ivo Hurvitz  
827 Spyglass Lane  
Las Vegas, NV 89107  
Email: ivopro69@gmail.com

IT IS HEREBY ORDERED that the hearing scheduled for December 1, 2022, is VACATED.  
IT IS FURTHER ORDERED that the motion to withdraw (ECF No. 9), is DENIED as moot.

IT IS SO ORDERED.

Cam Ferenbach  
United States Magistrate Judge

DATED  11-23-2022

_____/s/Shelley Singson_____  
An employee of Law Offices of James Ream

2