WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IVO HURVITZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, and DOES I through X inclusive, ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00738-JAD-VCF<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

     Stephanie Garabedian, Esq. ("Ms. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Defendant, Hartford Insurance Company of the Midwest, requests removal of attorneys Lindsay D. Dragon, Esq. and Hugo E. Hernandez-Diaz, Esq., from the CM/ECF Service List in the above-captioned matter. This matter has been reassigned within WFZ and Ms. Garabedian will be responsible for the day-to-day handling of this case, while Lindsay D. Dragon, Esq. and Hugo E. Hernandez-Diaz, Esq. will not be involved in any capacity going forward.

Page 1

Ms. Garabedian is on the CM/ECF Service List and will continue to receive CM/ECF notices. As a result, it is no longer necessary that Lindsay D. Dragon, Esq. and Hugo E. Hernandez-Diaz, Esq. receive CM/ECF notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Lindsay D. Dragon, Esq. and Hugo E. Hernandez-Diaz, Esq. be removed from the CM/ECF Service List in this matter.

DATED this 11th day of July, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Stephanie Garabedian
Darren Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

**IT IS SO ORDERED.**

Dated this  12th  day of  July , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** on the 11th day of July, 2023, to all parties on the CM/ECF service list. In addition, copies were sent by pre-paid, first class mail to the following address:

    Ivo Hurvitz
    827 Spyglass Ln
    Las Vegas, NV 89107

                                              */s/ Jason Craig*
                                              An Employee of WRIGHT, FINLAY & ZAK, LLP