**SUBT**
MICHAEL C. KANE. ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
FIKISHA L. MILLER, ESQ.
Nevada Bar No. 13539
**THE702FIRM INJURY ATTORNEYS**
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
E-Mail: service@the702firm.com
fikisha@the702firm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IVO HURVITZ, individually,<br><br>Plaintiff,<br>vs.<br><br>HARTFORDS INSURANCE COMPANY OF THE MIDWEST, DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00738-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

I, IVO HURVITZ, hereby consent to substitute MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and FIKISHA L. MILLER, ESQ. of THE702FIRM, as my attorneys of records in place of IVO HURVITZ, Counsel Pro Se, in the above-entitled matter.

DATED this 28th day of July, 2023.

[signature]
IVO HURVITZ, Plaintiff



THE702FIRM
ATTORNEYS AT LAW
8335 W. Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

I, FIKISHA L. MILLER, ESQ., on behalf of THE702FIRM, hereby consent to being substituted as attorneys of records in the place and instead of IVO HURVITZ, Counsel Pro Se, in the above-entitled matter.

DATED this 2nd day of August, 2023.

**THE702FIRM**

MICHAEL C. KANE. ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
FIKISHA MILLER, ESQ.
Nevada Bar No. 13539
8335 W. Flamingo Road
Las Vegas, Nevada 89147
*Attorney for Plaintiff*

I, IVO HURVITZ, Counsel Pro Se, hereby consent to the above substitution, in this matter.

DATED this 28th day of July, 2023.

IVO HURVITZ, Counsel Pro Se

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

DATED 8-8-23