WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Hartford Insurance Company of the Midwest*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IVO HURVITZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD INSURANCE COMPANY OF THE MIDWEST, and DOES I through X inclusive, ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | *Case No.:*  2:22-cv-00738-JAD-MDC <br><br> **STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT** <br><br> [ECF No. 38] |

Plaintiff, Ivo Hurvitz ("Plaintiff"), by and through his counsel of record, Matthew P. Pawlowski, Esq., of The702Firm Injury Attorneys, and Defendant, Hartford Insurance Company of the Midwest ("Hartford" and collectively with Plaintiff, the "Parties"), by and through its counsel of record, Darren T. Brenner, Esq. and Stephanie Garabedian, Esq., of the law firm of Wright, Finlay & Zak, LLP, hereby stipulate and agree as follows:

WHEREAS:

1. Plaintiff filed his Complaint on August 8, 2022;
2. Hartford filed its Answer on May 16, 2022;
3. The parties reached a settlement; and
4. The terms of the settlement are confidential, but the Parties agree to dismiss all pending claims for agreed-upon consideration;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff's Complaint against Hartford shall be dismissed in its entirety *with prejudice*.

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

IT IS FURTHER STIPULATED AND AGREED that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

IT IS SO STIPULATED.

Dated this 30th day of September, 2024.        Dated this 24 day of September, 2024.

WRIGHT, FINLAY & ZAK, LLP                       THE702FIRM INJURY ATTORNEYS

/s/ Stephanie Garabedian, Esq.
Darren T. Brenner, Esq.                         Matthew P. Pawlowski, Esq.
Nevada Bar No. 8386                             Nevada Bar No. 9889
Stephanie Garabedian, Esq.                      8335 W. Flamingo Road
Nevada Bar No. 9612                             Las Vegas, Nevada 89147
8337 W. Sunset Rd., Suite 220                   *Attorneys for Plaintiff, Ivo Hurvitz*
Las Vegas, NV 89113
*Attorney for Defendant, Hartford Insurance Company of the Midwest*

## ORDER

Based upon the stipulation of the parties and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is directed to CLOSE THIS CASE.

UNITED STATES DISTRICT COURT JUDGE
DATED: October 1, 2024